IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS BROWN, | ) | 4:11CV3217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KIRSTIN BRODY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 10.) In his Motion, Plaintiff seeks reconsideration of the court's January 10, 2012, Memorandum and Order and Judgment. (Filing Nos. 8 and 9.) The court has carefully reviewed Plaintiff's Motion and finds no good cause to reconsider its January 10, 2012, Memorandum and Order and Judgment.

    IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (filing no. 10) is denied.

    DATED this 13th day of February, 2012.

                                       BY THE COURT:

                                       s/ Joseph F. Bataillon
                                       United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.